IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT
DATE: 6-30-2005
TIME: 10:30 Am
INITIALS: J.A.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO. 2:04cr20485-D |
| YVONNE PATTERSON, | * | |
| Defendant. | * | |

## ORDER GRANTING DEFENDANT'S MOTION TO WAIVE APPEARANCE AT REPORT DATE

For good cause shown, defendant's request to waive her appearance at report date set in this case for Thursday, June 30, 2005 at 9:00 a.m. is hereby **GRANTED**. Defendant shall not be required to appear at the above report date.

It is so **ORDERED**, this the _29_ day of June, 2005.

_____
HONORABLE BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-5-05

51

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:04-CR-20485 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT