IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _A6_ D.C.

05 AUG -3 PM 5: 29

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA           )
                                   )
        Plaintiff,                 )
                                   )
VS.                                )      CR. NO. 04-20485-D
                                   )
YVONNE PATTERSON                   )
        Defendant.                 )
                                   )

## ORDER ON CHANGE OF PLEA
## AND SETTING

     This cause came to be heard on August 1, 2005, the United States
Attorney for this district, Valeria Rae Oliver, appearing for the Government
and the defendant, Yvonne Patterson, appearing in person and with counsel,
Pamela B. Hamrin, who represented the defendant.

     With leave of the Court, the defendant withdrew the not guilty plea
heretofore entered and entered a plea of guilty to Count 1 of the
Indictment.

     Count 2 shall be dismissed at the Sentencing Hearing.

     Plea colloquy was held and the Court accepted the guilty plea.

     **SENTENCING** in this case is **SET** for **WEDNESDAY, NOVEMBER 2, 2005, at
5:00 P.M., in Courtroom No. 3, on the 9th floor before Judge Bernice B.
Donald.**

     Defendant is allowed to remain released on present bond.

     **ENTERED** this the _3_ day of August, 2005.


                              _____
                              BERNICE B. DONALD
                              **UNITED STATES DISTRICT JUDGE**


This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _8-8-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 56 in case 2:04-CR-20485 was distributed by fax, mail, or direct printing on August 8, 2005 to the parties listed.

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT